

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00240-CR

Mario Jesus **RAMIREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

# O R D E R

The clerk's record in this case reflects that on May 1, 2015, the trial court granted Mario Ramirez's motion to substitute counsel, relieved Ms. Connie Kelley of her duties as counsel for Ramirez, and ordered that Michael C. Gross was substituted as attorney of record for Mario Ramirez. On October 21, 2015, attorney Michael C. Gross filed a motion for extension of time to file appellant's brief on behalf of Mario Ramirez. On October 27, 2015, we granted appellant's motion for extension of time and ordered appellant's brief to be filed on or before January 4, 2016. On November 3, 2015, Ms. Connie Kelley also filed a motion for extension of time to file appellant's brief on behalf of Mario Ramirez. However, the record reflects that Ms. Kelley is no longer counsel for Ramirez. Thus, the motion filed by Ms. Kelley on behalf of Mario Ramirez is DENIED AS MOOT.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court